IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID SANCHEZ, *on behalf of himself*     \*
*and all others similarly situated*,     \*
                                                 \*
            Plaintiff,            \*
                                                 \*
v.                                                    \*        1:17-CV-01904-ELR
                                                 \*
LAUNCH TECHNICAL WORKFORCE    \*
SOLUTIONS, LLC,                        \*
                                                 \*
            Defendant.          \*
                                                 \*

## ORDER

This case is before the Court on Magistrate Judge Alan J. Baverman's Non-Final Report and Recommendation ("R&R"). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error in the R&R.

Accordingly, the Court **ADOPTS** the R&R [Doc. 41] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's Partial Motion to Dismiss as to Non-Resident Class Members [Doc. 16].

**SO ORDERED**, this 14th day of February, 2018.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia