# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | |
| | ) | 1:17-CV-01904-ELR-AJB |
| v. | ) ) | |
| ORANGE TREE EMPLOYMENT SCREENING, LLC and LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon the Parties Joint Motion for Scheduling Order, and upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that the Parties file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice on or before August 10, 2018.

ENTERED this 17th day of July 2018.

_____
UNITED STATES DISTRICT JUDGE
ELEANOR L. ROSS