## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:17-CV-01904-ELR-AJB |
| ORANGE TREE EMPLOYMENT SCREENING, LLC and LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC. | ) ) ) ) ) | |
| Defendants. | ) | |

### O R D E R

This matter is before the Court on the Consent Motion for an Extension of Time to File Joint Motion for Preliminary Approval of Proposed Class Certification and Settlement, the Consent Motion is **GRANTED**. The time within which the Parties must file their Stipulation of Settlement and Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice is extended through and including Friday, August 24, 2018.

**SO ORDERED**, this 10th day of August, 2018.

*Eleanor L. Ross*
United States District Judge
Eleanor L. Ross