IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:17-CV-01904-ELR-AJB |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPOINTMENT OF CLASS COUNSEL, CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF THE FORM, MANNER, AND ADMINISTRATION OF NOTICE**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff David Sanchez and Defendant Launch Technical Workforce Solutions, LLC ("Launch") by counsel respectfully move this Court for an entry of an Order:

(1) preliminarily approving a proposed class settlement;

(2) scheduling a fairness hearing;

(3) certifying a class for purposes of the proposed class settlement;

(4) appointing class counsel; and

1

(5) approving the form and manger of notice proposed to be sent to all members of the settlement class.

The Memorandum in Support of this Motion is filed herewith as Exhibit A. The terms of the settlement fully agreed between the parties are as stated in the Settlement Agreement attached hereto as Exhibit B. The proposed class notice is attached hereto as Exhibit C. The proposed Preliminary Approval Order is as attached hereto as Exhibit D.

In support of this motion, the Parties rely on the arguments and authority set forth in the Memorandum of Points and Authorities filed contemporaneously with this Motion.

Dated: August 30, 2018

*/s/ Jeffrey B. Sand*
Jeffrey B. Sand
Georgia Bar No. 181568
Andrew Weiner
Georgia Bar No. 808278
WEINER & SAND LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305
Tel: (404) 205-5029
Fax: (866) 800-1482

js@atlantaemployeelawyer.com
aw@atlantaemployeelawyer.com

*Counsel for Plaintiff*

*/s/ Brenton Bean*
Brenton S. Bean
Georgia Bar No. 044351
Freeman Mathis & Gary, LLP
100 Galleria Parkway Suite 1600
Atlanta, Georgia 30339
Telephone: (770) 818-1415
Facsimile:  (770) 937-9960
bbean@fmglaw.com

*Counsel for Defendant Launch Technical Workforce Solutions, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | |
| | ) | 1:17-CV-01904-ELR-AJB |
| v. | ) ) | |
| LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC, | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

By: *s/* Jeffrey B. Sand
Counsel for Plaintiff

4