IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:17-CV-01904-ELR-AJB |

### ORDER FOR PRELIMINARY APPROVAL
### OF PROPOSED CLASS SETTLEMENT

Currently before the Court for preliminary approval is a settlement (the "Settlement") of this class action (the "Civil Action"), asserting claims for alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §§ 1681a-1681x, with respect to Launch Technical Workforce Solutions, LLC ("Launch" or "Defendant"). The terms of the Settlement are set out in a Stipulation of Settlement dated August 30, 2018 (the "Stipulation"), which has been executed by Plaintiff David Sanchez ("Sanchez") and Defendant (together with Plaintiff, the "Settling Parties").

1

Based upon the Agreement, the record and exhibits herein, and it appearing to the Court, upon preliminary examination, that the proposed settlement appears to be fair, reasonable, and adequate, and that the hearing on the matter should be and will be held on **May 14, 2019, at 10:00 a.m.**, after notice to the Class Members, to confirm the proposed settlement as fair, reasonable, and adequate, and to determine whether a Final Order and Judgment should be entered in this Lawsuit.

It is hereby ORDERED:

1. The proposed settlement is preliminarily approved, including the appointment of Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

2. The following class is conditionally certified, for settlement purposes only: All natural persons residing in the United States who applied for employment with Launch during the Class Period and about whom Launch procured a Consumer Report and as a result of Launch procuring a Consumer Report, were denied employment based in whole or in part on the contents of the Consumer Report, and to whom either a copy of the Consumer Report or a copy of the Summary of Rights was not provided;

3. Settlement Services, Inc. shall serve as settlement administrator.

4. The parties' proposed mailed notice is approved.

5. The parties shall comply with their respective obligations pursuant to the Settlement Agreement; and

6. The parties shall adhere to the following deadlines:

| | |
|---|---|
| Class Notice Mailed by: | January 7, 2019 |
| Submission of Claims/Opt-outs: | March 7, 2019 |
| Objections Date: | March 7, 2019 |
| Final Approval Submissions: | April 8, 2019 |
| Final Approval Hearing: | May 14, 2019 at 10:00 a.m. |

The Clerk is requested to transmit this Order to all counsel of record and to any unrepresented parties.

Dated: __November 7__, 2018.

_____
Eleanor L. Ross
United States District Judge