# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID SANCHEZ, on behalf of himself and all others similarly situated, ) ) ) | CIVIL ACTION NO. |
| Plaintiff, ) ) ) | 1:17-CV-01904-ELR-AJB |
| v. ) ) | |
| LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC, ) ) ) | |
| Defendant. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
### FEES TO THE SETTLEMENT ADMINISTRATOR,
### SERVICE AWARD TO CLASS REPRESENTATIVE, ATTORNEYS' FEES

Pursuant Federal Rules of Civil Procedure 23, Plaintiff David Sanchez, on behalf of himself and all others similarly situated, respectfully moves for final approval of the Class Action Settlement reached between the Parties, including the following relief:

(1) Order Final Approval of the Class Action Settlement;

(2) Order Final Certification of the Settlement Class;

(3) Order Appointment of David Sanchez as the Representative of the Settlement Class;

1

(4) Order that the requested $2,500.00 Service Award to Mr. Sanchez;

(5) Order that the Settlement Administrator be awarded its fees;

(6) Order that the requested reasonable attorneys' fees be awarded to class counsel;

(7) Order Release of the Defendant from claims pursuant to the Settlement Agreement;

(8) Order Dismissal with Prejudice all claims against Defendant by Class Members who have not properly excluded themselves from the Class;

(9) Order that the Court retains jurisdiction over the settlement to ensure the effectuation thereof in accordance with the Agreement and Final Approval Order; and

(10) Order such other relief that is just and proper.

For the reasons explained fully in the accompanying Memorandum in Support of this motion, Plaintiff respectfully requests his motion be granted.

Dated:  April 8, 2019

*/s/ Andrew Weiner*
Jeffrey B. Sand
Georgia Bar No. 181568
Andrew Weiner
Georgia Bar No. 808278
WEINER & SAND LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com
aw@atlantaemployeelawyer.com

*Counsel for Plaintiff*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 5.1B, the undersigned counsel for Plaintiff files this Certification of Counsel stating that the foregoing document was prepared in Times New Roman, 14 point font.

By   s/ Jeffrey Sand_____
       Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DAVID SANCHEZ, on behalf of himself and all others similarly situated,** | ) ) ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) ) ) | |
| | ) | **1:17-CV-01904-ELR-AJB** |
| **v.** | ) ) | |
| **LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

By: *s/ Andrew Weiner*
Counsel for Plaintiff

4